Taylor & Associates
13777 Ballantyne Corporate Place
Suite 320
Charlotte, NC  28277

Invoice submitted to:
Robert Barnett, Trustee

October 31, 2009

In Reference To:Donald and Joan Yelton

Invoice #30424

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| John Taylor | 80.40<br>330.00/hr | 26,532.00 |
| Katherine Erickson | 0.30<br>120.00/hr | 36.00 |
| Melanie Broughton | 2.20<br>140.00/hr | 308.00 |
| Stephanie Richmond | 29.70<br>230.00/hr | 6,831.00 |
| Vanessa Lathrop | 2.75<br>65.00/hr | 178.75 |
| For professional services rendered | 115.35 | $33,885.75 |
| Total costs |  | $470.63 |
| Total amount of this bill |  | $34,356.38 |
| Balance due |  | $34,356.38 |


EXHIBIT A

Taylor & Associates  
13777 Ballantyne Corporate Place  
Suite 320  
Charlotte, NC  28277

Invoice submitted to:  
Robert Barnett, Trustee

October 31, 2009

In Reference To: Donald and Joan Yelton

Invoice #30423

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Time** | | | | |
| 8/28/2009 | JT | Email from Ms. Simpson re: order appointing trustee; call to Mr. Elkins; email to Ms. Simpson; email from Ms. Simpson | 0.30 | 99.00 |
|  | JT | Email to Mr. Elkins re: meeting; email to Ms. Simpson | 0.20 | 66.00 |
| 8/29/2009 | JT | Email to Mr. Farr re: CON | 0.20 | 66.00 |
|  | JT | Review court records; review petition and schedules; research Rutherford and Cleveland tax records | 4.00 | 1,320.00 |
| 8/30/2009 | JT | Email from Mr. Tarr re: CON; research re; certificates of need; review docket | 4.00 | 1,320.00 |
| 8/31/2009 | SR | Conference with client and Ms. Hall at Debtors office | 5.00 | 1,150.00 |
|  | JT | Email from Mr. Elkins; call to Mr. Elkins | 0.40 | 132.00 |
|  | JT | Letter to Mr. Elkins; email from Mr. Tarr | 0.90 | 297.00 |
|  | JT | Conference with client, Ms. Hall and Ms. Yelton re: operations and properties | 5.00 | 1,650.00 |
| 9/1/2009 | VL | Prepare documents | 0.25 | 16.25 |
|  | SR | Review file; reviewed bank statements | 2.00 | 460.00 |
|  | JT | Conference with client and Ms. Yelton re: Lawndale property; review documents | 4.30 | 1,419.00 |
| 9/2/2009 | JT | Received and reviewed order appointing trustee; research Rutherford property records | 3.40 | 1,122.00 |
|  | JT | Received and reviewed motion for relief by Carolina First; letter to FNB re: records; email to Ms. Simpson; email from Ms. Simpson; email to Ms. Simpson | 0.90 | 297.00 |
| 9/3/2009 | SR | Prepare bank statements for file | 0.80 | 184.00 |
|  | SR | Research court records in Cleveland Co. and Rutherford Co. | 5.00 | 1,150.00 |
|  | JT | Email from Ms. Simpson re: bank records | 0.10 | 33.00 |
|  | JT | Search court records in Cleveland and Rutherford County | 5.00 | 1,650.00 |
| 9/4/2009 | JT | Conference with client re: meeting with Jamie Yelton | 0.20 | 66.00 |

Robert Barnett, Trustee                                                                                              Page    2

|            |    |                                                                                                                                                                                                                                                                       | Hours | Amount   |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 9/4/2009   | JT | Call from Ms. Hall re: motion for relief; call from FNB re: check card; call to Ms. Hall re: same; call to FNB; email from Mr. Ghidina re: motion for relief; review debtor's response; email to Ms. Simpson re: same; review motion for relief | 2.60  | 858.00   |
|            | JT | Email from Mr. Ghidina re: motion for relief; email to Ms. Simpson                                                                                                                                                                                                                     | 0.10  | 33.00    |
| 9/7/2009   | JT | Review records re: Lawndale lease; real property records and deeds of trust                                                                                                                                                                                                            | 1.30  | 429.00   |
| 9/8/2009   | JT | Email from Ms. Simpson re: bond                                                                                                                                                                                                                                                        | 0.10  | 33.00    |
| 9/9/2009   | MB | Call to DMV                                                                                                                                                                                                                                                                            | 0.20  | 28.00    |
|            | JT | Conference with client, Mr. Yelton and Ms. Hall re: real properties, operations and automobiles                                                                                                                                                                                        | 6.00  | 1,980.00 |
| 9/10/2009  | JT | Review FNB loan documents; review real estate records re: FCH #1                                                                                                                                                                                                                       | 1.50  | 495.00   |
| 9/11/2009  | SR | Letter to Mr. Mitchell re: copy of closing file                                                                                                                                                                                                                                        | 0.70  | 161.00   |
|            | JT | Review documents re: FNB deed of trust; review deeds; research re: chain of title                                                                                                                                                                                                      | 4.70  | 1,551.00 |
|            | JT | Call from Ms. Simpson; email to Ms. Simpson re: ombudsman                                                                                                                                                                                                                              | 0.40  | 132.00   |
| 9/14/2009  | SR | Prepare letter to Mr. Mitchell, Yelton's attorney                                                                                                                                                                                                                                      | 0.80  | 184.00   |
|            | JT | Research re: CON an Lawndale property                                                                                                                                                                                                                                                  | 5.00  | 1,650.00 |
|            | JT | Call to Mr. Brown; email to Mr. Brown re: CON                                                                                                                                                                                                                                          | 0.40  | 132.00   |
|            | JT | Email from Ms. Simpson re: ombudsman                                                                                                                                                                                                                                                   | 0.10  | 33.00    |
| 9/15/2009  | MB | Prepare response to motion for relief; revise, file and serve                                                                                                                                                                                                                          | 0.40  | 56.00    |
|            | JT | Email from Mr. Brown re: CON; email to Mr. Brown; research re: CON and 2001 change in statutes; research re: adult care licensure under pre-2001 law                                                                                                                                   | 3.80  | 1,254.00 |
|            | JT | Revise response to motion for relief by Carolina First                                                                                                                                                                                                                                 | 0.70  | 231.00   |
| 9/16/2009  | MB | Prepare documents to appoint Mr. Taylor as general counsel; file                                                                                                                                                                                                                       | 0.30  | 42.00    |
|            | JT | Email to Ms. Simpson re: status of license; call to Ms. Jones at DHHS re: same; email to client                                                                                                                                                                                        | 0.70  | 231.00   |
|            | JT | Email to Ms. Hall re: tenants and automobiles; email from Ms. Hall re: College Heights bills; call to Town of Spindale; email to Ms. Hall re: bills                                                                                                                                    | 0.50  | 165.00   |
|            | JT | Review application to appoint                                                                                                                                                                                                                                                          | 0.10  | 33.00    |
| 9/17/2009  | MB | Call to DMV                                                                                                                                                                                                                                                                            | 0.20  | 28.00    |
|            | JT | Email from Mr. Elkins re: apartments and CON                                                                                                                                                                                                                                           | 0.20  | 66.00    |
| 9/22/2009  | JT | Review Carolina First motion for relief and loan documents; call to Mr. Ghidina re: hearing on motion for relief; conference with client re: motion for relief; conference with client re: College Heights Apartments and rent; call to Ms. Hall re: rent collection and water bill; email from Ms. Hall re: rent collected; draft letter to tenants; letter to water authority | 3.00  | 990.00   |
| 9/23/2009  | JT | Email from Ms. Hall re: sale contract with Jacobs Enterprise; review contract for claims for breach of contract                                                                                                                                                                        | 1.30  | 429.00   |
|            | JT | Call to MC Licensure section; email to Mr. Brown; research NC statutes re: CON/Licensure; email to Mr. Elkins re: same; email from Mr. Elkins; email to Mr. Ghidina re: Lawndale property                                                                                             | 2.20  | 726.00   |
| 9/24/2009  | JT | Call to Mr. Brown re: CON; review statutes                                                                                                                                                                                                                                             | 0.80  | 264.00   |
|            | JT | Call from Mr. Epply; call to Mr. Epply; call to Ms. Hall; email from Mr. Ghidina; email to Mr. Ghidina; call from Mr. Brown re: CON; call to Ms. Simpson; email to client re: CON; email from Mr. Ghidina; conference with client re: motion for relief; fax from Ms. Hall re: receipts and disbursements; email from Mr. Elkins re: motion for relief | 2.50  | 825.00   |
| 9/25/2009  | MB | Prepare draft form letter to tenants of College Heights; letter to Broad River Water Authority                                                                                                                                                                                         | 0.40  | 56.00    |
|            | SR | Research Yelton properties                                                                                                                                                                                                                                                             | 2.70  | 621.00   |

Robert Barnett, Trustee                                                                                       Page    3

|            |     |                                                                                                                                       | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 9/25/2009  | JT  | Email from Mr. Elkins re: motion for relief on Lawndale property; email to Mr. Elkins re: same; email from Mr. Elkins                 | 0.70  | 231.00 |
| 9/26/2009  | JT  | File Review re: certificate of need; email to Mr. Elkins re: Cleveland Co. property motion for relief by Carolina First               | 0.70  | 231.00 |
| 9/28/2009  | SR  | Research Yelton property                                                                                                              | 2.20  | 506.00 |
|            | JT  | Email from Ms. Hall re: rental proposal; email to client                                                                              | 0.40  | 132.00 |
| 9/29/2009  | JT  | Email from Ms. Hall re: College Heights rent                                                                                          | 0.20  | 66.00  |
|            | JT  | Email from/to Ms. Hall re: rental agreements                                                                                          | 0.20  | 66.00  |
| 10/1/2009  | SR  | Prepare letter to Mr. Yelton re: property                                                                                             | 0.50  | 115.00 |
|            | JT  | Email from Ms. Hall re: accounts                                                                                                      | 0.10  | 33.00  |
| 10/2/2009  | JT  | Email from client re: College Heights water bills                                                                                     | 0.30  | 99.00  |
| 10/6/2009  | MB  | Prepare letter to First National Bank; file review                                                                                    | 0.20  | 28.00  |
|            | VL  | Prepare documents                                                                                                                     | 1.00  | 65.00  |
|            | JT  | Email to Ms. Hall re: estate tax id#; email to Mr. Gadina re: water bills at apartments                                               | 0.40  | 132.00 |
| 10/8/2009  | MB  | Prepare documents                                                                                                                     | 0.10  | 14.00  |
|            | JT  | Email from Mr. Ghadina re: water bills at apartments; email to client                                                                 | 0.20  | 66.00  |
|            | JT  | Received and reviewed supplement to motion for relief from stay                                                                       | 0.80  | 264.00 |
| 10/9/2009  | JT  | Call to Ms. Hall re: status; conference with client                                                                                   | 0.50  | 165.00 |
|            | JT  | Call to Ms. Morris at DSS re: Family Care Homes                                                                                       | 0.20  | 66.00  |
| 10/12/2009 | VL  | Prepare documents                                                                                                                     | 1.50  | 97.50  |
|            | SR  | Research re: property; file review                                                                                                    | 2.90  | 667.00 |
|            | JT  | Email from Ms. Hall re: bond payment; email from Ms. Hall                                                                             | 0.20  | 66.00  |
| 10/13/2009 | SR  | Review bank statements to prepare monthly operating report                                                                            | 3.30  | 759.00 |
|            | JT  | Call from Mr. Epply re: maintainence issues                                                                                           | 0.20  | 66.00  |
|            | JT  | Call from Mr. Epply re: car parts; conference with client; email to Ms. Hall re: FCH #1; Email from Ms. Hall re: same; email to Ms. Hall | 0.90  | 297.00 |
| 10/14/2009 | MB  | File Review; revise letter to First National; email to Ms. Hall                                                                       | 0.10  | 14.00  |
|            | SR  | Review bank statements to prepare monthly operating report                                                                            | 2.50  | 575.00 |
|            | JT  | Email from Ms. Hall re: mortgage payments; email to Ms. Hall re: same                                                                 | 0.30  | 99.00  |
| 10/16/2009 | MB  | Prepare documents produced by Mr. Mitchell                                                                                            | 0.30  | 42.00  |
| 10/19/2009 | KE  | Prepare letter                                                                                                                        | 0.10  | 12.00  |
|            | JT  | Call from Mr. Epply; email from Ms. Hall re: water bills, payroll and taxes; email to Ms. Hall re: same                               | 0.40  | 132.00 |
|            | JT  | Email to Ms. Hall re: water bills and taxes                                                                                           | 0.30  | 99.00  |
| 10/20/2009 | JT  | Email from Ms. Hall re: email address                                                                                                 | 0.10  | 33.00  |
|            | JT  | Email from Ms. Hall re: computer; email from Ms. Hall re: invoice from Town of Spindale                                               | 0.30  | 99.00  |
|            | JT  | Email from Ms. Hall re: Cleveland Co. taxes; email to Ms. Hall                                                                        | 0.30  | 99.00  |
|            | JT  | Email to Ms. Hall re: taxes; email from Ms. Hall re: same                                                                             | 0.20  | 66.00  |
| 10/21/2009 | KE  | Prepare letter to creditor                                                                                                            | 0.20  | 24.00  |
|            | JT  | Email from Ms. Hall re: cell phone                                                                                                    | 0.10  | 33.00  |
|            | JT  | Email from Ms. Hall re: invoices for appliances                                                                                       | 0.20  | 66.00  |
| 10/22/2009 | SR  | Review monthly status report; contacted BA's office re: current status report                                                         | 0.80  | 184.00 |
| 10/23/2009 | JT  | Email from Ms. Kenney re: hearing on motion for relief                                                                                | 0.10  | 33.00  |
|            | JT  | Email from Ms. Hall re: invoices for apartments                                                                                       | 0.20  | 66.00  |
| 10/26/2009 | SR  | Review information on monthly status report                                                                                           | 0.50  | 115.00 |
|            | JT  | Email from Ms. Wiggins re: Cleveland Co. taxes                                                                                        | 0.20  | 66.00  |
| 10/27/2009 | JT  | Email to Ms. Wiggins re: Yelton's HealthCare                                                                                          | 0.20  | 66.00  |
|            | JT  | Email from Ms. Wiggins re: Cleveland Co. tax collector                                                                                | 0.10  | 33.00  |
| 10/28/2009 | JT  | Call to Mr. Gadina re: motion for relief; call to Ms. Kenney                                                                          | 0.20  | 66.00  |

Robert Barnett, Trustee                                                                                          Page    4

|            |    |                                                                                                      | Hours  | Amount    |
|------------|----|------------------------------------------------------------------------------------------------------|--------|-----------|
| 10/28/2009 | JT | Email from Mr. Ghidina re: motion for relief; review receipts and disbursements re: College Heights; conference with client | 0.90 | 297.00 |
|            | JT | Email to Mr. Ghidina re: offer on motion for relief                                                  | 0.80   | 264.00    |
|            | JT | Email from Mr. Ghidina re: motion for relief; conference with client; email to Mr. Ghidina           | 0.70   | 231.00    |
|            | JT | Email from Mr. Ghidina re: motion for relief hearing; email to Mr. Elkins                            | 0.20   | 66.00     |
| 10/29/2009 | JT | Call from Mr. Ghidina re: motion for relief of Carolina First; call to Mr. Ghidina                   | 0.20   | 66.00     |
|            | JT | Conference with client re: motion for relief re: apartments                                          | 0.20   | 66.00     |
|            | JT | Email from Mr. Elkins re: motion for relief by Carolina First                                        | 0.10   | 33.00     |
|            | JT | Email from Mr. Ghidina re: hearing on motion for relief                                              | 0.10   | 33.00     |
|            | JT | Email from Ms. Hall re: life insurance; email from Mr. Ghidina                                       | 0.20   | 66.00     |
| 10/30/2009 | JT | Call to Ms. Hall re: wages; call to client; call to Ms. Hall; email to Ms. Hall                      | 0.70   | 231.00    |
|            | JT | Email to client re: employee cell phone; email to Ms. Hall                                           | 0.20   | 66.00     |

                                     SUBTOTAL:                                            [  115.35   33,885.75]

                                     For professional services rendered                      115.35  $33,885.75

Additional Charges :

**Expense**

| 9/1/2009  | Copying cost | 34.00 |
|-----------|--------------|-------|
|           | Copying cost | 29.25 |
| 9/2/2009  | Copying cost | 1.00  |
|           | Postage      | 5.54  |
| 9/3/2009  | Fax          | 9.00  |
|           | FedEx        | 35.00 |
|           | Postage      | 0.44  |
| 9/4/2009  | Fax          | 2.00  |
|           | Postage      | 2.07  |
|           | Copying cost | 13.75 |
| 9/11/2009 | Copying cost | 0.50  |
| 9/14/2009 | Copying cost | 0.25  |
|           | Postage      | 0.44  |
| 9/15/2009 | Copying cost | 1.00  |

| Robert Barnett, Trustee | Page 5 |
|---|---|
| | Amount |
| 9/15/2009 Postage | 0.88 |
| 9/16/2009 Copying cost | 18.75 |
| 9/25/2009 Copying cost | 0.75 |
| Postage | 0.44 |
| Fax | 3.00 |
| 9/28/2009 Fax | 3.00 |
| 9/30/2009 Copying cost | 0.75 |
| 10/1/2009 Postage | 0.44 |
| 10/7/2009 Copying cost | 0.75 |
| 10/12/2009 Copying cost | 144.50 |
| Copying cost | 141.50 |
| 10/13/2009 Postage | 6.42 |
| 10/14/2009 Copying cost | 1.00 |
| 10/15/2009 Copying cost | 7.00 |
| 10/21/2009 Copying cost | 1.50 |
| Postage | 5.71 |
| SUBTOTAL: | [ 470.63] |
| Total costs | $470.63 |
| Total amount of this bill | $34,356.38 |
| Balance due | $34,356.38 |