Yelton Bankruptcy - 09-40314

| Date | Description | Mileage |
|---|---|---|
| 8/31/9 | Meet & View locations | 221 |
| 9/1/9 | Meet & View locations | 139 |
| 9/9/9 | Review Records on location | 211 |
| 10/28/9 | Inspect all locations for appraisal | 263 |
| 11/9/9 | Meet w/ Appraisers on location | 231 |
| 11/18/9 | Meet w/ Bank on checking Acct. (customers) | 104 |
| 11/19/9 | Meet w/ Yeltons & Bankruptcy on College Heights | 217 |
| 12/10/9 | Meet w/ Ins Agency | 212 |

Total mileage   1558

x .55/mi.   $ 856.90

EXHIBIT A