UNITED STATES BANKRUTPCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

## MONTHLY STATUS REPORT

IN RE:          DONALD and JOAN YELTON

CASE NO.:       09-40314

REPORTING PERIOD:

     FROM:      November 30, 2010

     TO:        December 31, 2010

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of 29 pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: _____2/11/11_____          _____
                                            Trustee

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of 29 pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: _____2/11/11_____          _____
                                     Attorney for Trustee

NARRATIVE ON PROGRESS OF CASE:

     The Trustee has employed Larry Stiles, CPA, as Accountant for the estate to address accounting and tax reporting issues as well as prepare an analysis of pre-petition and post-petition transfers.

     The Trustee is investigating the removal of a metal building, which is property of the bankruptcy estate, from property located on Philadelphia Road in Fallston, NC. The Trustee received two unsolicited letters from Rob Waters, who purports to be a private investigator, informing the Trustee of the removal of the building and the activities that took place at that time. The Trustee is conducting discovery in the adversary proceeding filed against Jamie Yelton and intends to gather more information about the removal of the building and the post-petition transfer of property located in Rutherford County, North Carolina.

     The Trustee has collected the Debtors' bank statements and other materials needed to provide to Roger Jolly, the Debtors' accountant, to bring their tax filings current. Larry Stiles, the accountant for the Trustee, met with a representative of the Debtor to gather more information about the Debtors' tax reporting issues.

     On or about December 8, 2010, a federal tax payment in the amount of $3,384.76 was made from the Debtors' checking account (xxx1078) on behalf of the Debtors.

     It is the understanding of the Trustee that the Debtors have a bank account with First National Bank of Shelby, bank account number XXX1449, which the Debtors use for their household expenses only and is not used in the operation of the Debtors businesses. The information from this account is not included in this report.

**CASH RECEIPTS AND DISBURSEMENTS**

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE:  November 30, 2010                    AMOUNT: $48,335.82

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description | | Description | |
| Rental Income | $35,021.40 | Groceries/Supplies | $9,064.66 |
| EDS | $5,717.25 | Salaries/Wages | $11,020.12 |
| *Refund | $4,264.54 - | Insurance (Total) | $2,258.13 |
| Interest Paid to Trustee Account | $0.75 | Chargeback Fees | |
| Inter Account Transfer | $24,022.96 | Utilities (Total) | $3,575.17 |
| | | Intuit | |
| | | Maintenance/Repair | $2,090.00 |
| | | Overdraft Protection Fee/Auto Pymt | $36.79 |
| | | OTHER DISBURSEMENTS (List) | |
| | | Federal Tax Payment | $3,384.76 |
| | | Paycycle | $84.00 |
| | | Inter Account Transfer | $24,022.96 |
| | | Professional Fee | $4,365.00 |
| | | | |
| | | | |
| TOTAL CASH RECEIPTS | $60,467.82 | TOTAL DISBURSEMENTS | $59,901.59 |
| | | | |

* Refund represents amount of over payments of rent for supported living tenants.  Debtors receive monthly check directly from the government for these tenants which exceeds their rent.

**ENDING CASH POSITION**

DATE:  December 31, 2010                    AMOUNT:  $48,902.05

## PAYMENTS TO SECURED CREDITORS

_____  No Secured Debt

__X__  No Secured Debt Payments Made During Reporting Period

_____  All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT |  |

## PAYMENTS ON PRE-PETITION DEBT

__X__  No payments have been made on pre-petition unsecured debt during the reporting period.

_____  All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT. ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _____ First National Bank _____

Address: _____ PO Box 168 _____
Street and/or P.O. Box Number

Shelby _____ NC _____ 28151 _____
City                              State            Zip Code

Type of Account:
(i.e. Payroll, Tax, Operating): __Checking_____

Account Number: _____ XXX4698 _____

DATE PERIOD BEGINS:  December 1, 2010

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $520.65 |
| Outstanding Deposits and Other Credits Not On Statement | $0 |
| Outstanding Checks and Other Debits Not On Statement | $0 |
| Ending Reconciled Balance* | $520.65 |

DATE PERIOD ENDS:      December 31, 2010

Highest Daily Balance
  During Above Period  :      $7,377.21

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

```
***AUTO***SCH 3-DIGIT 280
5888 0.8330 AT 0.357      18 L 367
```
Yelton's Supported Living Inc
PO Box 65
Spindale NC  28160-0065

Date 12/31/10                    Page    1
Account Number                      4698

*************************  SUMMARY OF ACCOUNTS  *****************************
Account        Type of Account           Current Balance        Images
      4698     Venture First Checking         520.65               26
      4698     Money Reserve                  517.02

                        Checking Accounts

Account Title: Yelton's Supported Living Inc

Venture First Checking              Number of Images                    26
Account Number              4698    Statement Dates  12/01/10 thru 12/31/10
Previous Balance          1,287.61  Days in the statement period        31
   3 Deposits/Credits     9,949.60  Average Ledger                2,676.03
  28 Checks/Debits       10,706.56  Average Collected             1,923.39
Service Charge               10.00
Interest Paid                  .00
Current Balance             520.65

..................... Breakdown of Service Charge .........................
Date    Description                              Amount
12/31   Balance Fee in Service Charge            10.00

------------------------- Deposits -----------------------------------------
Date    Description                              Amount
12/03   Deposit                                  7,058.60
12/06   Deposit                                  2,217.00
12/13   Deposit                                    674.00

------------------------- Electronic Withdrawals ---------------------------
Date    Description                              Amount
12/09   Walk InPmt GE Duke                        869.70-
        CHECK # 4785
12/10   Automatic Payment                          26.79-
        Acct No.         4698-L
```

Yelton's Supported Living, Inc                          Date 12/31/10          Page    2
PO Box 65                                      Account Number            ████4698
Spindale NC 28160


Venture First Checking                    ████4698   (Continued)

```
------------------------          Electronic Withdrawals   ----------------------------
Date     Description                                       Amount
12/23    DBT CRD 0528 12/23/10 27200000                    110.98-
         MIGHTY DOLLAR
         FOREST CITY   NC
12/27    DBT CRD 1424 12/24/10 26111281                     15.01-
         LOVE S COUNTRY00003087
         MARION      NC
12/31    DBT CRD 1816 12/30/10 29169154                    250.04-
         VERIZON WRLS IVR VE
         800-9220204  CA
12/31    Service Charge                                     10.00-
```

```
....................... CHECKS AND DEBITS ..............................
Date   CK#DESC      Amount  Date   CK#DESC      Amount  Date  CK#DESC      Amount
12/06     99        173.00  12/06    99*        329.00  12/10   4782       317.34
12/06     99*       206.60  12/06    99*        349.00  12/10   4784*      375.00
12/06     99*       249.00  12/01    4776*      295.00  12/09   4785   -See above-
12/06     99*       249.00  12/02    4777       674.00  12/10   4786       700.95
12/06     99*       269.00  12/06    4778     1,522.00  12/13   4787       342.50
12/06     99*       269.00  12/14    4779       500.00  12/13   4788        38.65
12/06     99*       274.00  12/13    4780       975.00  12/29   4789        55.00
12/06     99*       316.00  12/13    4781        80.00  12/27   4791*      875.00
* Denotes missing check numbers
```

```
DAILY BALANCE INFORMATION
Date         Balance      Date         Balance      Date         Balance
12/01         992.61     12/09       4,518.91      12/23       1,725.70
12/02         318.61     12/10       3,098.83      12/27         835.69
12/03       7,377.21     12/13       2,336.68      12/29         780.69
12/06       5,388.61     12/14       1,836.68      12/31         520.65
```



| | | |
|---|---|---|
| 12/3/2010  $7,058.60 | 12/6/2010  $2,217.00 | 12/13/2010  $674.00 |
| 99  12/6/2010  $173.00 | 99  12/6/2010  $206.60 | 99  12/6/2010  $249.00 |
| 99  12/6/2010  $249.00 | 99  12/6/2010  $269.00 | 99  12/6/2010  $269.00 |
| 99  12/6/2010  $274.00 | 99  12/6/2010  $316.00 | 99  12/6/2010  $329.00 |
| 99  12/6/2010  $349.00 | 4776  12/1/2010  $295.00 | 4777  12/2/2010  $674.00 |
| 4778  12/6/2010  $1,522.00 | 4779  12/14/2010  $500.00 | 4780  12/13/2010  $975.00 |



| 4781 | 12/13/2010 | $80.00 |
| 4782 | 12/10/2010 | $317.34 |
| 4784 | 12/10/2010 | $375.00 |
| 4786 | 12/10/2010 | $700.95 |
| 4787 | 12/13/2010 | $342.50 |
| 4788 | 12/13/2010 | $38.65 |
| 4789 | 12/29/2010 | $55.00 |
| 4791 | 12/27/2010 | $875.00 |

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT. ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _____ **First National Bank** _____

Address: _____ PO Box 168 _____
Street and/or P.O. Box Number

Shelby          NC          28151
City          State          Zip Code

Type of Account:
(i.e. Payroll, Tax, Operating: __Checking_____

Account Number: _____ XXX1078 _____

DATE PERIOD BEGINS:  December 1, 2010

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $16,568.73 |
| Outstanding Deposits and Other Credits Not On Statement | $0 |
| Outstanding Checks and Other Debits Not On Statement | $0 |
| Ending Reconciled Balance* | $16,568.73 |

DATE PERIOD ENDS:    December 31, 2010

Highest Daily Balance
During Above Period  :          $25,480.07

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

```
*************AUTO**SCH 3-DIGIT 280              Date 12/31/10              Page      1
5890 1.1530 AT 0.482     18 P 369     Account Number                        1078
IlululululllllllulllullllllulllllllllullllllIll
Joan Yelton
DBA Yelton Family Care Home #2
PO Box 65
Spindale NC  28160-0065
```

```
*************************  SUMMARY OF ACCOUNTS  ****************************
Account                 Type of Account              Current Balance        Images
          1078          Venture First Checking            16,568.73             40

                          Checking Accounts

          Account Title: Joan Yelton
                         DBA Yelton Family Care Home #2

Venture First Checking                       Number of Images                     40
Account Number                   1078        Statement Dates  12/01/10 thru 12/31/10
Previous Balance              11,371.29      Days in the statement period          31
    8 Deposits/Credits        30,789.05      Average Ledger               17,543.73
   82 Checks/Debits           25,591.61      Average Collected            15,841.17
Service Charge                      .00
Interest Paid                       .00
Current Balance               16,568.73
```

```
--------------------------- Deposits -------------------------------------
Date    Description                          Amount
12/02   HPES PAYMT DHHS-DMS-HP ENTR        3,358.75
        CCD
        YELTONS FAMILY CARE HO
        7801115
12/03   Deposit                            3,890.00
12/03   Deposit                           11,263.80
12/06   Deposit                            3,322.00
12/07   Deposit                              849.00
12/13   Deposit                            2,507.00
12/15   HPES PAYMT DHHS-DMS-HP ENTR        2,358.50
        CCD
        YELTONS FAMILY CARE HO
        7801115
12/31   Deposit                            3,240.00
```

Joan Yelton                                                        Date 12/31/10          Page    2
DBA Yelton Family Care Home #2                                     Account Number              1078
PO Box 65
Spindale NC 28160


Venture First Checking                        1078   (Continued)

------------------------- Electronic Withdrawals -----------------------------
Date     Description                                          Amount
12/01    POS DEB 1546 11/30/10 20607360                       60.76-
         JS SALVAGE INC
         SPINDALE      NC
12/01    DBT CRD 1956 11/30/10 28334175                       33.15-
         MT VERNON CUBBARD
         FOREST CITY   NC
12/01    DBT CRD 2113 11/30/10 24000963                       15.07-
         NFI*WWW.NETFLIX.COM/CC
         NETFLIX.COM CA
12/02    H/B DBP 0829 12/02/10 06600545                       67.99-
         VZWRLSS IVRDEBIT VISE
         FOLSOM        CA
12/02    DBT CRD 2003 12/01/10 27335213                       33.15-
         MT VERNON CUBBARD
         FOREST CITY   NC
12/03    POS DEB 1531 12/03/10 152732                        411.86-
         INGLES STORE #27
         1218 S. CHURCH ST.
         FOREST CITY   NC
12/03    DBT CRD 2021 12/02/10 21336452                       38.09-
         MT VERNON CUBBARD
         FOREST CITY   NC
12/06    POS DEB 1335 12/04/10 18001484                       93.68-
         JS SALVAGE INC
         FOREST CITY   NC
12/06    POS DEB 1801 12/03/10 95437451                      278.44-
         Wal-Mart Super Center
         1036 WAL-SAMS
         FOREST CITY   NC
12/06    DBT CRD 2034 12/03/10 27337413                       36.37-
         MT VERNON CUBBARD
         FOREST CITY   NC
12/07    DBT CRD 2056 12/06/10 22340359                       41.20-
         MT VERNON CUBBARD
         FOREST CITY   NC
12/07    INS.PREM.  SFB-FARM BUREAU                        1,557.18-
         PPD
12/08    DBT CRD 2015 12/07/10 29341203                       34.54-
         MT VERNON CUBBARD
         FOREST CITY   NC
12/08    USATAXPYMT IRS                                    3,384.76-
         CCD

Joan Yelton                              Date 12/31/10              Page    3
DBA Yelton Family Care Home #2           Account Number
PO Box 65                                                          ▆▆1078
Spindale NC 28160


Venture First Checking                    ▆▆1078   (Continued)

------------------------- Electronic Withdrawals -------------------------
| Date  | Description | Amount |
|-------|-------------|--------|
|       | DONALD & JOAN YELTON B<br>220074200819425 | |
| 12/09 | DBT CRD 1947 12/08/10 24342201<br>MT VERNON CUBBARD<br>FOREST CITY  NC | 35.72- |
| 12/09 | Walk InPmt GE Duke<br>CHECK # 935 | 1,299.38- |
| 12/10 | POS DEB 1417 12/10/10 450274<br>FOOD LION #2626<br>169 RAILROAD AVE<br>RUTHERFORDTO NC | 306.54- |
| 12/10 | POS DEB 1243 12/10/10 17209295<br>JS SALVAGE INC<br>FOREST CITY  NC | 318.63- |
| 12/10 | DBT CRD 2004 12/09/10 22343148<br>MT VERNON CUBBARD<br>FOREST CITY  NC | 40.24- |
| 12/13 | DBT CRD 1835 12/10/10 20987179<br>PAYCYCLE<br>866-7292925  CA | 45.00- |
| 12/13 | DBT CRD 1434 12/11/10 27000348<br>DTV*DIRECTV SERVICE<br>800-347-3288 CA | 169.71- |
| 12/15 | DBT CRD 1959 12/14/10 25348212<br>MT VERNON CUBBARD<br>FOREST CITY  NC | 37.12- |
| 12/16 | DBT CRD 1959 12/15/10 20349219<br>MT VERNON CUBBARD<br>FOREST CITY  NC | 33.37- |
| 12/17 | POS DEB 1737 12/16/10 22601588<br>JS SALVAGE INC<br>SPINDALE     NC | 222.67- |
| 12/17 | DBT CRD 2017 12/16/10 28350244<br>MT VERNON CUBBARD<br>FOREST CITY  NC | 36.58- |
| 12/20 | POS DEB 1517 12/18/10 91007228<br>VARIETY WHOLESALES INC<br>US HWY 74 BYPASS<br>FOREST CITY  NC | 21.55- |
| 12/20 | POS DEB 1413 12/18/10 00030625<br>BELK FOREST CI | 91.56- |

Joan Yelton
DBA Yelton Family Care Home #2
PO Box 65
Spindale NC 28160

Date 12/31/10                                    Page    4
Account Number                          ████1078

Venture First Checking                    ████1078  (Continued)

----------------------  Electronic Withdrawals  ----------------------

| Date | Description | Amount |
|------|-------------|--------|
| | HWY 74 BYPASS | |
| | FOREST CITY  NC | |
| 12/20 | POS DEB 1704 12/17/10 374520 | 180.15- |
| | FOOD LION #2626 | |
| | 169 RAILROAD AVE | |
| | RUTHERFORDTO NC | |
| 12/20 | DBT CRD 2026 12/18/10 26352224 | 36.58- |
| | MT VERNON CUBBARD | |
| | FOREST CITY  NC | |
| 12/20 | DBT CRD 2102 12/17/10 29351354 | 38.31- |
| | MT VERNON CUBBARD | |
| | FOREST CITY  NC | |
| 12/20 | DBT CRD 1827 12/19/10 23987115 | 39.00- |
| | PAYCYCLE | |
| | 866-7292925  CA | |
| 12/21 | POS DEB 1717 12/20/10 00238577 | 15.09- |
| | DOLLAR-GENERAL | |
| | 549 OAKLAND RD | |
| | SPINDALE     NC | |
| 12/21 | POS DEB 1713 12/20/10 00222094 | 17.24- |
| | DOLLAR-GENERAL | |
| | 549 OAKLAND RD | |
| | SPINDALE     NC | |
| 12/21 | POS DEB 1047 12/21/10 01031829 | 33.37- |
| | MT VERNON CUBBARD | |
| | 2930 HUDLOW RD | |
| | FOREST CITY  NC | |
| 12/21 | POS DEB 1550 12/20/10 20013118 | 342.49- |
| | JS SALVAGE INC | |
| | FOREST CITY  NC | |
| 12/21 | POS DEB 1451 12/21/10 106800 | 389.98- |
| | INGLES STORE #27 | |
| | 1218 S. CHURCH ST. | |
| | FOREST CITY  NC | |
| 12/22 | POS DEB 1239 12/22/10 170407 | 292.56- |
| | WAL-MART #1036 | |
| | 197 PLAZA DRIVE | |
| | FOREST CITY  NC | |
| 12/22 | DBT CRD 2007 12/21/10 20355254 | 33.37- |
| | MT VERNON CUBBARD | |
| | FOREST CITY  NC | |

Joan Yelton
DBA Yelton Family Care Home #2
PO Box 65
Spindale NC 28160

Date 12/31/10                    Page    5
Account Number
██1078

Venture First Checking                    ██1078    (Continued)

```
------------------------  Electronic Withdrawals  ---------------------------
Date       Description                              Amount
12/27      POS DEB 1223 12/24/10 217150             76.37-
           ALDI 66017
           1916 US HIGHWAY 74
           FOREST CITY  NC
12/27      DBT CRD 1519 12/24/10 29548727           10.01-
           SHELL OIL 57540757309
           ASHEVILLE    NC
12/27      DBT CRD 2100 12/23/10 27357233           33.37-
           MT VERNON CUBBARD
           FOREST CITY  NC
12/28      DBT CRD 2042 12/27/10 21361493           61.57-
           MT VERNON CUBBARD
           FOREST CITY  NC
12/28      DBT CRD 2019 12/27/10 23361296          179.69-
           JS SALVAGE INC
           999-9999999  NC
12/29      POS DEB 1456 12/29/10 871628             75.32-
           Staples, Inc.
           129 Plaza Drive
           FOREST CITY  NC
12/29      DBT CRD 1958 12/28/10 24362168           34.54-
           MT VERNON CUBBARD
           FOREST CITY  NC
12/30      DBT CRD 1945 12/29/10 21363183           36.37-
           MT VERNON CUBBARD
           FOREST CITY  NC
12/31      DBT CRD 2018 12/30/10 29364167           35.72-
           MT VERNON CUBBARD
           FOREST CITY  NC
12/31      DBT CRD 1728 12/30/10 26000272           15.07-
           NFI*WWW.NETFLIX.COM/CC
           NETFLIX.COM  CA
```

```
..................... CHECKS AND DEBITS .................................
Date  CK#DESC   Amount  Date  CK#DESC   Amount  Date  CK#DESC   Amount
12/17    99      6.00   12/17   99*      21.00   12/17   99*      30.70
12/17    99*    20.00   12/17   99*      25.83   12/17   99*      30.77
12/17    99*    20.00   12/17   99*      26.00   12/17   99*      31.00
12/17    99*    20.00   12/17   99*      28.34   12/17   99*      40.48
* Denotes missing check numbers
```

Joan Yelton
DBA Yelton Family Care Home #2          Date 12/31/10                Page    6
PO Box 65 -                               Account Number              ▇1078
Spindale NC 28160


Venture First Checking              ▇1078   (Continued)

...................... CHECKS AND DEBITS ..............................
| Date | CK#DESC | Amount | Date | CK#DESC | Amount | Date | CK#DESC | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 12/17 | 99* | 49.80 | 12/03 | 929 | 890.45 | 12/17 | 939 | 1,091.84 |
| 12/17 | 99* | 51.02 | 12/03 | 930 | 731.04 | 12/17 | 940 | 984.12 |
| 12/17 | 99* | 66.00 | 12/03 | 931 | 1,034.37 | 12/17 | 941 | 833.87 |
| 12/01 | 924* | 1,400.00 | 12/07 | 932 | 500.00 | 12/17 | 942 | 731.04 |
| 12/02 | 925 | 150.00 | 12/09 | 935* | -See above- | 12/17 | 943 | 476.37 |
| 12/06 | 926 | 260.00 | 12/09 | 936 | 879.70 | 12/31 | 945* | 400.00 |
| 12/03 | 927 | 1,043.08 | 12/20 | 937 | 800.00 | 12/31 | 946 | 40.00 |
| 12/03 | 928 | 1,148.27 | 12/17 | 938 | 1,010.04 | | | |
* Denotes missing check numbers


DAILY BALANCE INFORMATION
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 9,862.31 | 12/10 | 17,931.18 | 12/22 | 14,326.76 |
| 12/02 | 12,969.92 | 12/13 | 20,223.47 | 12/27 | 14,207.01 |
| 12/03 | 22,826.56 | 12/15 | 22,544.85 | 12/28 | 13,965.75 |
| 12/06 | 25,480.07 | 12/16 | 22,511.48 | 12/29 | 13,855.89 |
| 12/07 | 24,230.69 | 12/17 | 16,658.01 | 12/30 | 13,819.52 |
| 12/08 | 20,811.39 | 12/20 | 15,450.86 | 12/31 | 16,568.73 |
| 12/09 | 18,596.59 | 12/21 | 14,652.69 | | |



| | | |
|---|---|---|
| 12/3/2010 — $3,890.00 | 12/3/2010 — $11,263.80 | 12/6/2010 — $3,322.00 |
| 12/7/2010 — $849.00 | 12/13/2010 — $2,507.00 | 12/31/2010 — $3,240.00 |
| 12/17/2010 — $6.00 | 12/17/2010 — $20.00 | 12/17/2010 — $20.00 |
| 12/17/2010 — $20.00 | 12/17/2010 — $21.00 | 12/17/2010 — $25.83 |
| 12/17/2010 — $26.00 | 12/17/2010 — $28.34 | 12/17/2010 — $30.70 |
| 12/17/2010 — $30.77 | 12/17/2010 — $31.00 | 12/17/2010 — $40.48 |



| | | |
|---|---|---|
| 99    12/17/2010    $49.80 | 99    12/17/2010    $51.02 | 99    12/17/2010    $66.00 |
| 924    12/1/2010    $1,400.00 | 925    12/2/2010    $150.00 | 926    12/6/2010    $260.00 |
| 927    12/3/2010    $1,043.08 | 928    12/3/2010    $1,148.27 | 929    12/3/2010    $890.45 |
| 930    12/3/2010    $731.04 | 931    12/3/2010    $1,034.37 | 932    12/7/2010    $500.00 |
| 936    12/9/2010    $879.70 | 937    12/20/2010    $800.00 | 938    12/17/2010    $1,010.04 |
| 939    12/17/2010    $1,091.84 | 940    12/17/2010    $984.12 | 941    12/17/2010    $833.87 |



| | | |
|---|---|---|
| 942 | 12/17/2010 | $731.04 |
| 943 | 12/17/2010 | $476.37 |
| 945 | 12/31/2010 | $400.00 |
| 946 | 12/31/2010 | $40.00 |

## BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT. ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _____ Bank of America _____

Address: _____
Street and/or P.O. Box Number

Dallas _____ TX _____ 75283-2406 _____
City _____ State _____ Zip Code

Type of Account:
(i.e. Payroll, Tax, Operating:  __Checking__

Account Number:  __XXXXXX5112__

DATE PERIOD BEGINS:  November 30, 2010

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $23,505.20 |
| Outstanding Deposits and Other Credits Not On Statement | $0 |
| Outstanding Checks and Other Debits Not On Statement | $0 |
| Ending Reconciled Balance* | $23,505.20 |

DATE PERIOD ENDS:   December 31, 2010

Highest Daily Balance
  During Above Period  :        $23,505.20

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

# Bank of America

HH

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

| | |
|---|---|
| Account Number | 5112 |
| 01 01 148 06 M0000 E# | 1 |
| Last Statement: | 11/30/2010 |
| This Statement: | 12/31/2010 |

Customer Service
1-800-342-7722

YELTON, DONALD
YELTON, JOAN
ROBERT C. BARNETT, JR. - TRUSTEE
09-40314
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Page    1 of    2

Bankruptcy Case Number:0940314

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 12/01/2010 - 12/31/2010 | | Statement Beginning Balance | 3,347.24 |
| Number of Deposits/Credits | 3 | Amount of Deposits/Credits | 24,022.96 |
| Number of Checks | 1 | Amount of Checks | 3,865.00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 23,505.20 |
| Number of Enclosures | 1 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/21 | | 3,865.00 | 5196-> 5112 | 0992500001 |
| 12/29 | | 12,254.41 | 5196-> 5112 | 0992500003 |
| 12/30 | | 7,903.55 | 5196-> 5112 | 0992500001 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 3017 | 3,865.00 | 12/29 | 7092822809 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/30 | 3,347.24 | 3,347.24 | 12/30 | 23,505.20 | 23,505.20 |
| 12/21 | 7,212.24 | 7,212.24 | 12/31 | 23,505.20 | 23,505.20 |
| 12/29 | 15,601.65 | 15,601.65 | | | |

Recycled Paper

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number ▓▓▓▓5112
01 01 148 06 M0000 E#     1
Last Statement:  11/30/2010
This Statement:  12/31/2010

Customer Service
1-800-342-7722

YELTON, DONALD

Page     2 of    2

Bankruptcy Case Number:0940314

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.          \

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

*111019993*
12/30/2010
7092822809

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*78401504*
*1*
*2733*
*00002-00467*

Yelton - 09-40314
Per Order Dated December 8, 2010
For Services January 8, 2010 through October
19, 2010

2154546

PAY TO THE ORDER OF

Central Tax Service
Roger Jolley
542 Oak St.
Forest City, NC 28043

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION          CHECK NUMBER
32-1/1110 TX                      **3017**

Robert C. Barnett, Jr.
13777 Ballantyne Corporate Place
Suite 320
Charlotte, NC 28277

| DATE | AMOUNT |
|---|---|
| 12/21/10 | ********3,865.00 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-40314   GRH | Debtor: yelton, donald | |
| | Joint Debtor: yelton, joan | |

*Three Thousand Eight Hundred Sixty Five Dollars and 00/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003017⑈ ⑆111000012⑆ ⬛5112⑈

⑈0030 17⑈ ⑆111000012⑆ 0⬛5112⑈ ⑈0000386500⑈

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT. ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _____ Bank of America _____

Address: _____
Street and/or P.O. Box Number

_____ Dallas _____ TX _____ 75283-2406 _____
City             State         Zip Code

Type of Account:
(i.e. Payroll, Tax, Operating: __ Money Market _____

Account Number: _____ XXXXXX5196 _____

DATE PERIOD BEGINS: November 30, 2010

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $8,307.47 |
| Outstanding Deposits and Other Credits Not On Statement | $0 |
| Outstanding Checks and Other Debits Not On Statement | $0 |
| Ending Reconciled Balance* | $8,307.47 |

DATE PERIOD ENDS:    December 31, 2010

Highest Daily Balance
During Above Period  :      $32,329.68

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number          5196
01 01 148 06 M0000 E#         0
Last Statement:   11/30/2010
This Statement:   12/31/2010

Customer Service
1-800-342-7722

YELTON, DONALD
YELTON, JOAN
ROBERT C. BARNETT, JR. - TRUSTEE          Page     1 of     2
09-40314
C/O GLOBAL GOVERNMENT BANKING          Bankruptcy Case Number:0940314
***** TX1-492-08-16 *****

# SPECIAL MARKETS MMS INVESTMENT ACCOUNT

## Account Summary Information

| | | |
|---|---|---|
| Statement Period 12/01/2010 - 12/31/2010 | Statement Beginning Balance | 32,329.68 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | .75 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 3 | Amount of Other Debits | 24,022.96 |
| | | Statement Ending Balance | 8,307.47 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | .75 | Interest Paid Year-to-Date | 19.77 |
| Annual Percentage Yield Earned | .03% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 12/31 | | .75 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF | $29,262.41 | 09840008979 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/21 | | 3,865.00 | 5196-> 5112 | 09925000082 |
| 12/29 | | 12,254.41 | 5196-> 5112 | 09925000354 |
| 12/30 | | 7,903.55 | 5196-> 5112 | 09925000146 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 11/30 | 32,329.68 | 32,329.68 | .030 | 12/30 | 8,306.72 | 8,306.72 | .030 |
| 12/21 | 28,464.68 | 28,464.68 | .030 | 12/31 | 8,307.47 | 8,307.47 | .030 |
| 12/29 | 16,210.27 | 16,210.27 | .030 | | | | |

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number        ████5196
01 01 148 06 M0000 E#        0
Last Statement:    11/30/2010
This Statement:    12/31/2010

Customer Service
1-800-342-7722

YELTON, DONALD

Page    2 of    2

Bankruptcy Case Number:0940314

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

# SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

**Non-Insider Employees**
Type (i.e., Salaried, Wage)

| | AMOUNT PAID |
|------|-------------|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

**Commission/Bonus Payments:**

| | AMOUNT PAID |
|------|-------------|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

**Independent Contractors:**

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

**Total Salary/Wage/Commission/
Payments**

$ _____

* "Insider" is defined in 11 U.S.C. Sec101(31)

## SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As Of:        _____

(Date of Reporting Period)

II.  Sales (gross) During Reporting Period:    $_____

III. Collections of Accounts Receivable
     During Reporting Period:                  $_____

IV.  New Accounts Receivables Generated
     During Reporting Period:                  $_____

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ | $ | $ |
| TOTAL | $ | $ | $ |

### INVENTORY (Cost Basis)

Beginning Date:_____        Ending Date: _____

**LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:**

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies

# ACCRUED POST-PETITION LIABILITIES

_____   No accrued liabilities existed at the end of this reporting period.

X_____   All accrued liabilities existing at the end of this reporting period are listed below or on
the sheet(s) attached.  Exclude current liabilities which are NOT past due.

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| IRS | 3/31/10 | $9,022.14 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Accrued Liabilities                    $ 9,022.14

## AFFIRMATIONS

1.    Yes _X_    No _____    All tangible assets of this bankruptcy estate are adequately
and properly insured and all other insurance required by
law or prudent business judgment are in force.

2.    Yes _X_    No _____    All insurance policies and renewals if applicable, have been
submitted to the Bankruptcy Administrator.

3.    Yes _____    No _X_    All tax returns have been filed timely and payments made.
Copies of returns have been filed post-petition and have
have been submitted to the Bankruptcy Administrator.

4.    Yes _    No* _X_    All post-petition taxes have been paid or deposited into
a designated tax account.

5.    Yes _____    No _X_    New Debtor-In-Possession (DIP) bank accounts have been
opened and have been reconciled.

6.    Yes _____    No _X_    New DIP financial books and records have been opened
and are being maintained monthly and are current.

\*    If the response is "no", a listing must appear on the Accrued Post-Petition
Liabilities Sheet.  The listing must include the name of the taxing authority,
type of tax, the amount due and the period the tax was incurred.

3.    No corporation taxes have come due since the filing date; Debtor has no payroll taxes.
4.    Debtor has no payroll taxes.
5.    Court Order allowing use of existing bank accounts.
6.    Debtor is in the process of setting up new DIP financial books and records.