

FILED & JUDGMENT ENTERED
Steven T. Salata

Apr 18 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 09-40314 |
| | ) Chapter 11 |
| DONALD YELTON and | ) |
| JOAN YELTON, | ) |
| | ) |
| Debtors. | ) |

## ORDER AUTHORIZING APPOINTMENT OF JOSEPH N. TISSUE
## AS SPECIAL COUNSEL TO THE TRUSTEE

THIS MATTER came on before the United States Bankruptcy Judge for the United States Bankruptcy Court for the Western District of North Carolina on the Trustee's Motion to Appoint Joseph N. Tissue as Special Counsel to the Trustee. Based on the record and the Declaration of Joseph N. Tissue, the Court finds that he is an attorney duly admitted to practice in this Court, he represents no interest adverse to the bankruptcy estate and is a disinterested person within the meaning of the Bankruptcy Code and that his employment would be in the best interest of the bankruptcy estate.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted and the Trustee is authorized to employ Joseph N. Tissue as his Special Counsel.

This Order has been signed electronically.          United States Bankruptcy Court
The judge's signature and court's seal
appear at the top of the Order.